UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:21-cv-00583-RGK (MAA)** | Date: | **July 27, 2021** |
| Title | **Michael Allen Soto v. Gardena Police Department et al.** | | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On June 11, 2021, the Court issued a Memorandum Decision and Order Dismissing First Amended Complaint with Leave to Amend ("Order"). (Order, ECF No. 13.) The Court ordered Plaintiff Michael Allen Soto ("Plaintiff") to, no later than July 12, 2021, either file a Second Amended Complaint ("SAC") or advise the Court that Plaintiff no longer intends to pursue this lawsuit. (*Id*. at 1–2, 13.) The Court cautioned Plaintiff that "**failure to timely file a SAC will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**" (*Id*. at 14.)

To date, Plaintiff has filed neither a SAC nor a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **August 26, 2021** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a SAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.

It is so ordered.

Attachment: Notice of Dismissal