UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **2:21-cv-00583-RGK (MAA)** | Date: **March 24, 2022** |
| Title | **Michael Allen Soto v. Gardena Police Department et al.** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On November 16, 2021, the Court issued an Order Dismissing Second Amended Complaint With Leave to Amend ("Order"). (Order, ECF No. 16.) The Court ordered Plaintiff Michael Allen Soto ("Plaintiff") to file a Third Amended Complaint no later than **January 17, 2022**. (*Id*. at 3.) The Court also advised Plaintiff that he was not required to file an amended complaint, and could instead voluntarily dismiss the action. (*Id*. at 4–5.) The Court cautioned Plaintiff that "**failure to respond to [the] Order may result in dismissal of the lawsuit without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1**." (*Id*. at 5.)

On December 8, 2021, Plaintiff requested an extension of time (ECF No. 17), which the Court granted, extending Plaintiff's deadline to file a Third Amended Complaint to **February 16, 2022**.

To date, Plaintiff has filed neither a Third Amended Complaint nor a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) **Plaintiff must either file a Third Amended Complaint or a Notice of Dismissal.**

Plaintiff is **ORDERED TO SHOW CAUSE** by **April 25, 2022** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a Third Amended Complaint or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:21-cv-00583-RGK (MAA)**                                       Date:  **March 24, 2022**

Title       **Michael Allen Soto v. Gardena Police Department et al.**

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1**.

It is so ordered.

Attachment: Notice of Dismissal