JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN SOTO,<br><br>               Plaintiff,<br>   v.<br><br>GARDENA POLICE DEPARTMENT et al.,<br><br>              Defendants. | Case No. 2:21-cv-00583-RGK (MAA)<br><br>**JUDGMENT** |

   Pursuant to the Order of Dismissal filed herewith,

   IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: June 2, 2022

                                          R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE